UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
Shawn Shields,                          :

              Plaintiff,           :         **06 Civ. 1228  (PAC)**

  - against -                           :         **ORDER OF DISCONTINUANCE**

Agencysacks, Inc., et al.               :

             Defendants.          :
----------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 3 2007

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is,

**ORDERED,** that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof.  In light of the settlement, the May 23 2007 status conference is cancelled.

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

Dated:   New York, New York
         May 23, 2007